UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT JAMES STEWART,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHELAN COUNTY, et al.,<br><br>        Defendants. | NO.  CV-10-0438-LRS<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

    The pro se plaintiff filed a *pro se* complaint on December 15, 2010.  On February 16, 2011, the Court screened for legal and factual sufficiency and has determined Plaintiff's Complaint fails to comply with Federal Rule of Civil Procedure 8(a).  The Complaint is not minimally sufficient under Fed. R. Civ. P. 8(a).   Fed.R.Civ.P. 8(a) requires a complaint to contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks.  Rule 8(e)(1) requires averment of a pleading be simple, concise and direct.

    The Court finds that the deficiencies herein cannot be cured by amendment.  The Court hereby dismisses Plaintiff's action without prejudice.

ORDER - 1

**IT IS HEREBY ORDERED:** Plaintiff's action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment as appropriate, provide a copy to plaintiff, and **CLOSE THIS FILE.**

**DATED** this ___7th___ day of March, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2